**Electronically Filed
Supreme Court
SCWC-23-0000327
04-DEC-2025
02:35 PM
Dkt. 31 ODAC**

SCWC-23-0000327

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

JOHN RAPP,
Respondent/Plaintiff-Appellee,

vs.

THOMAS F. SCHMIDT,
Petitioner/Defendant-Appellant,

and

LORINNA J. SCHMIDT,
Respondent/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000327; CASE NO. 1CC940000903)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge Drewyer, assigned by reason of vacancy)

Petitioner Thomas F. Schmidt's Application for Writ of Certiorari, filed on October 15, 2025, is hereby rejected.

DATED: Honolulu, Hawaiʻi, December 4, 2025.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Michelle L. Drewyer